**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(KANSAS CITY DIVISION)**

**VERNE J. McCLELLAND,**
Plaintiff,
v.
**DETECTIVE JEREMY COX, et al.,**
Defendants.

Case No.: 2:26-cv-02641-JWB-JBW

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short/Long Form IFP)

I, **Verne J. McClelland**, declare that I am the Plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under **28 U.S.C. § 1915**, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested in my Verified Complaint. I answer the following questions under penalty of perjury:

**1. Employment Status:**
a. Are you currently employed? [X] Yes [ ] No
b. If yes, state employer name, address, and gross/net pay: Evergreen Community 18109 117th st Olathe KS 66061
c. If no, state date of last employment and amount received: ______

**2. Other Income Sources in the Past 12 Months:**
Have you received income from business, profession, rent, dividends, pensions, annuities, disability, public assistance, gifts, or family support?
[ ] Yes [X] No If yes, describe source and monthly amount: ______

**3. Cash & Financial Accounts:**
a. Total cash on hand: $ 7.00
b. Total funds in checking, savings, or other financial accounts: $ 2.00

**4. Property & Assets Owned (Excluding Ordinary Clothing/Furnishings):**
- Real Estate / Home: Value: $ 11,000 Amount Owed / Mortgage: $ 0
- Motor Vehicles (Make/Model/Year): 2015 Hyundai Value: $ 3,000 Owed: $ 0
- Other Assets / Property of Significant Value: N/A

**5. Dependents Supported:**
List any individuals who rely on you for financial support, their relationship, and your monthly contribution:
Name: N/A Relationship: ______ Age: ____ Contribution: $______/mo

**6. Monthly Housing & Living Expenses:**

- Rent or Home Mortgage: $ 850
- Utilities (Electric, Gas, Water): $ 350
- Food & Groceries: $ 300
- Transportation / Fuel: $ 180
- Medical & Dental: $ 300
- Insurance (Auto, Home, Health): $ 200
- Credit Cards / Installment Loans: $ 200
- Other Regular Expenses: $ 250

**TOTAL MONTHLY LIVING EXPENSES:** $ 2,600

**7. Debts and Outstanding Liabilities:**

Describe any significant outstanding loans, medical debts, judgments, or creditor obligations:

Creditor: Student loans Amount Owed: $ 7,2000
Creditor: Creditor Amount Owed: $ 3,000

**DECLARATION UNDER PENALTY OF PERJURY (28 U.S.C. § 1746)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct, and that I am unable to pay the costs and fees required to initiate this civil action. I understand that a false statement may result in the dismissal of my claims and other legal sanctions under 28 U.S.C. § 1915(e)(2)(A).

**Verne J. McClelland, Pro Se Applicant**
1068 Webster Avenue, Kansas City, KS 66104
Phone: 816-745-1534 | Email: vernejmcclelland04@gmail.com

**Executed on:** October 13, 2026

**NOTICE TO PRO SE LITIGANT REGARDING IN FORMA PAUPERIS:**
Upon approval of this application by the United States Magistrate Judge, the filing fee of $405 is waived, and the Court may order the United States Marshals Service to effectuate formal personal service of the Summons and Verified Complaint upon Defendants Detective Jeremy Cox, Assistant District Attorney David Grace, and the Unified Government without advance cost to Plaintiff pursuant to Fed. R. Civ. P. 4(c)(3).

9:13

**EVERGREEN LIVING INNOVATIONS, INC**
18109 W 112TH ST
OLATHE KS 66061

191642
1300000400256

DD

Direct Deposit # 1036697558
Date 10/29/2026

PAY TO THE ORDER OF
**VERNE MCCLELLAND**
3024 N 34TH ST
KANSAS CITY KS 66104-4046

Pay this Amount
VOID ** VOID **

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

DIRECT DEPOSIT $0.00
TO ACCOUNT # XXXXXX9520
BANK # XXXXXX0648

**NON-NEGOTIABLE**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**VERNE MCCLELLAND**
3024 N 34TH ST
KANSAS CITY KS 66104-4046

**EVERGREEN LIVING INNOVATIONS, INC**
18109 W 112TH ST
OLATHE KS 66061

Paycor
A Paychex® Company

EMPLOYEE ID: 347431
CNA
DEPARTMENT: 1300000400256
Evergreen Living Innovations

FEIN: 74-2857475

**FITWH Single or Married Filing Separately**
**KS S**
**KS - Exemptions: 0 + $30.00**

Pay Period 10/11/2026 - 10/24/2026
Pay Date 10/29/2026
DD RECEIPT:1036697558

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 18.0000 | 69.3667 | 1,248.60 | 349.2834 | 6,287.10 |
| S4HL | 2.0000 | 50.60 | 101.20 | 230.6834 | 461.37 |
| S6HL | 3.0000 | 18.7667 | 56.30 | 70.3501 | 211.05 |
| OT | | | | 31.4333 | 848.70 |
| HOL | | | | 12.00 | 216.00 |
| S3HL | | | | 18.0001 | 35.99 |
| S4HLOT | | | | 19.80 | 59.40 |
| S6HLOT | | | | 11.6333 | 52.35 |
| TRAIN | | | | 68.8833 | 1,239.90 |
| TRAINSD | | | | | 116.00 |
| **Total Gross Earnings** | | | $1,406.10 | | $9,527.86 |
| **Total Hours/Unit** | | 138.7334 | | 812.0669 | |
| **Total Hours Worked** | | 138.7334 | | 800.0669 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401K ELI | 42.18 | 71.32 |
| DENP ELI | | 36.00 |
| INS HOS EL | | 31.36 |
| INS LTD | | 36.56 |
| INS STD | | 25.56 |
| MEALS | | 58.50 |
| MEDP ELI | | 374.76 |
| RAIN | 320.93 | 1,216.86 |
| VISP ELI | | 12.16 |
| **Total** | $363.11 | $1,863.08 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 79.82 | 511.19 |
| MED | 20.39 | 132.02 |
| SOC | 87.18 | 564.50 |
| KS | 95.01 | 638.51 |
| **Total** | $282.40 | $1,846.22 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX9520 | $0.00 |
| DDCHK | XXXXXX1534 | $121.00 |
| DDCK3 | XXXXXX7202 | $200.00 |
| DDSAV | XXXXXX3900 | $439.59 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| ER 401K | 42.18 | 71.32 |
| ER DENP EL | | 27.04 |
| ER MEDP EL | | 861.08 |

| Net Pay | CURRENT |
|---|---|
| | $760.59 |

hcm.paycor.com