Kansas City Kansas 66104
City State Zip Code

(816) 745-1534
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City , or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Signature of Plaintiff

Dated: 11/02/2026
(Rev. 10/15)